Ruth de ROCHEMONT v. BOSTON & MAINE RAILROAD CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

Antonio ROMANO, respondent, v. Giuseppe D. CALDARA, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Sigmund L. ROSENFELD, Applt., v. Isaac JACOBS, as adm'r, Respt. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Emil ROSSE, Respt., v. R. HOE & COMPANY, Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, in which event, judgment, as so modified, and order affirmed, without costs. (McLaughlin, J., dissenting, and voting for reversal and new trial.) No opinion. Settle order on notice.

Jacob RUDIN, respondent, v. HADRIAN REALTY COMPANY, Inc., appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Motion granted, without costs.

Jacob RUDIN, respondent, v. HADRIAN REALTY CO., Inc., appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied.

Onorio RUOTOLO, Respt., v. PRESS PUBLISHING CO., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. (Dowling, J., dissenting.) Order filed.

John RUSSELL, as president, etc., Applt., v. NORTH RIVER SAVINGS BANK, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Determination and judgment affirmed, with costs. No opinion. Order filed.

Giuseppi SANDIAS v. Minna W. MUSTACCI, as Adm'x. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion denied, with $10 costs. Order filed.

Edith L. SASSE, Respt., v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Applt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

George W. SAUL, respondent, v. Mills W. BARSE, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Motion granted, without costs.

Frederick W. SAUTER, Respondent, v. ERIE RAILROAD COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Appeal from Trial Term, New York County.

PER CURIAM. We are of opinion that there was no evidence of negligence on the part of the defendant. The judgment and order appealed from are therefore reversed, and the complaint dismissed, with costs. Order filed.

In the matter of the claim of Mary V. SAXON for compensation under the Workmen's Compensation Law v. ERIE RAILROAD COMPANY, employer and self-insurer. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion granted.

Antonio SCARPINATO, Respondent, v. W. L. COSGROVE COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Appeal from Trial Term, New York County. Judgment and order affirmed, with costs. No opinion. Scott and Dowling, JJ., dissent, upon the ground that the finding of negligence on the part of the defendant is against the weight of evidence. Order filed.

Adolph SCHLESINGER, Respt., v. PACIFIC COAST CASUALTY CO., impld., Applt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Lottie SCHMALZ v. AJEV COMPANY. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion granted, with $10 costs. Order filed.

Augusta SCHMELZ, Applt., v. George SCHMELZ, Respt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment reversed, with costs, and judgment directed for plaintiff, with costs. Findings to be settled on entry of order. No opinion. Settle order on notice.

Charles SCHNABEL, Respt., v. INTERBOROUGH RAPID TRANSIT CO. & MANHATTAN RY. CO., Applts. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Helene SCHNEIDER, appellant, v. Mary C. CREAN, et al., respondents. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion granted, upon condition that within five days appellant execute and file a surety company bond in the sum of $1,500 to secure the payment of the judgment, interest, disbursements, and expenses.